| | |
|---|---|
| 1 | CHRISTIAN F. PEREIRA, SBN 251599 |
| 2 | PEREIRA LAW |
|   | 249 E. Ocean Blvd., Suite 814 |
| 3 | Long Beach, California |
| 4 | Telephone No.: (714) 482-6301 |
|   | Facsimile No.: (714) 482-6302 |
| 5 | Email:      christian@lawcfp.com |
| 6 | Attorney for Plaintiff: M.A.P. and JESUZ RAMIREZ |
| 7 | ARNOLDO CASILLAS, SBN 158519 |
|   | CASILLAS & ASSOCIATES |
| 8 | 3777 Long Beach Blvd., Third Floor |
| 9 | Long Beach, CA 90807 |
|   | Tel:  (562) 203-3030 |
| 10 | Fax: (323) 297-2833 |
| 11 | Email: acasillas@casillaslegal.com |
| 12 | Attorneys for Plaintiffs, ERIKA EDITH PEREZ, Del.P., Da.P., Div.P., and D.M. |
| 13 | |
| 14 | WOODRUFF, SPRADLIN & SMART, APC |
|   | DANIEL K. SPRADLIN – State Bar No. 82950 |
| 15 | dspradlin@wss-law.com |
| 16 | ROBERTA A. KRAUS – State Bar No. 117658 |
|   | bkraus@wss-law.com |
| 17 | DOUGLAS J. LIEF – State Bar No. 240025 |
|   | dlief@wss-law.com |
| 18 | 555 Anton Boulevard, Suite 1200 |
| 19 | Costa Mesa, California 92626-7670 |
|   | Telephone: (714) 558-7000 |
| 20 | Facsimile: (714) 835-7787 |
| 21 | |
| 22 | Attorneys for Defendants CITY OF ORANGE, a public entity, THOMAS KISELA and CARLOS GUTIERREZ, as employees of |
| 23 | CITY OF ORANGE |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

-1-
**JOINT NOTICE OF CONDITIONAL SETTLEMENT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF MICHAEL ANTHONY PEREZ, and M.A.P., JESUZ RAMIREZ, MONIQUE PEREZ, ERIKA EDITH PEREZ, Del.P., Da.P., Div.P., and D.M.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ORANGE, THOMAS KISELA, CARLOS GUTIERREZ, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: 8:18-cv-00028-JVS-KES<br>**Hon. James V. Selna**<br><br>**JOINT NOTICE OF CONDITIONAL SETTLEMENT**<br><br>HEARING DATES PENDING:<br><br>Type: Pretrial Conference<br>Date: June 17, 2019<br>Time: 11:00 a.m.<br><br>Type: Trial<br>Date: July 9, 2019<br>Time: 8:30 a.m. |

**TO THE HONORABLE COURT:**

Plaintiffs THE ESTATE OF MICHAEL ANTHONY PEREZ, M.A.P., JESUZ RAMIREZ, ERIKA EDITH PEREZ, Del.P., Da.P., Div.P., and D.M. and Defendants CITY OF ORANGE, THOMAS KISELA, and CARLOS GUTIERREZ respectfully submit this Joint Notice of Conditional Settlement, and inform the Court as follows:

1. Plaintiffs M.A.P., JESUZ RAMIREZ, ERIKA EDITH PEREZ, Del.P., Da.P., Div.P., and D.M. and Defendants CITY OF ORANGE, THOMAS KISELA, and CARLOS GUTIERREZ (collectively, "the settling parties")

1 have reached a conditional settlement in the above-referenced case to resolve all claims among them.

2. The only remaining Plaintiff in the above-referenced case is the pro-se Plaintiff MONIQUE PEREZ, whom the Court ordered to appear within thirty (30) days of February 14, 2019. Docket No. 70.

3. These settling parties have not received notification of Plaintiff Monique Perez's appearance and the docket does not reflect notice of her appearance.

4. The settling parties require additional time to consummate the conditions of the settlement before they are prepared to file a stipulation for dismissal of the entire action as between the settling parties. Under the agreement reached, the following conditions must be fulfilled:

   a. Obtain approval by the City of Orange's city council.
   b. The minor Plaintiffs will submit an application for court approval of the compromise of their claims.
   c. In an effort to resolve the claims between Plaintiff Monique Perez and Defendants, the Defendants intend to file a motion for summary judgment as to her claims.
   d. Last, the Court must dismiss Plaintiff Monique Perez's claims and her right to appeal expire prior to the City issuing payment to the Plaintiffs.

5. Once all the appropriate approvals and signatures have been obtained, a stipulation for dismissal of the entire action will be filed with the Court.

6. Accordingly, the Parties request that the Court take the above into consideration and vacate the remaining dates between the settling parties, including the Final Pretrial Conference, set for June 17, 2019.

///

///

-3-
**JOINT NOTICE OF CONDITIONAL SETTLEMENT**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filers of this report attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 25, 2019        PEREIRA LAW

        By:    /s/ *Christian F. Pereira*
        CHRISTIAN F. PEREIRA
        Attorneys for Plaintiffs M.A.P. and JESUZ RAMIREZ

Dated: March 25, 2019        CASILLAS & ASSOCIATES

        By:    /s/ *Arnoldo Casillas*
        ARNOLDO CASILLAS
        Attorneys for Plaintiffs,
        ERIKA EDITH PEREZ, Del.P., Da.P., Div.P., and D.M.

Dated: March 25, 2019        WOODRUFF, SPRADLIN & SMART, APC

        By:    /s/ *Daniel K. Spradlin*
        DANIEL K. SPRADLIN
        ROBERTA A. KRAUS
        Attorneys for Defendants CITY OF ORANGE, a public entity, THOMAS KISELA and CARLOS GUTIERREZ, as employees of CITY OF ORANGE