WOODRUFF, SPRADLIN & SMART, APC
DANIEL K. SPRADLIN - State Bar No. 82950
dspradlin@wss-law.com
ROBERTA A. KRAUS - State Bar No. 117658
bkraus@wss-law.com
DOUGLAS J. LIEF - State Bar No. 240025
dlief@wss-law.com
555 Anton Boulevard, Suite 1200
Costa Mesa, California 92626-7670
Telephone: (714) 558-7000
Facsimile: (714) 835-7787

Attorneys for Defendants CITY OF ORANGE, a public entity, THOMAS KISELA and CARLOS GUTIERREZ, as employees of CITY OF ORANGE

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF MICHAEL ANTHONY PEREZ, and M.A.P., JESUZ RAMIREZ, MONIQUE PEREZ, ERIKA EDITH PEREZ, Del. P., Da.P., Div. P., and D.M.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ORANGE, THOMAS KISELA, CARLOS GUTIERREZ, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 8:18-cv-00028-JVS-KES<br><br>BEFORE THE HONORABLE JAMES V. SELNA<br><br>**JUDGMENT AGAINST MONIQUE PEREZ**<br><br><u>HEARING DATES PENDING</u>:<br><br>Type: Pretrial Conference<br>Date: June 17, 2019<br>Time: 11:00 a.m.<br><br>Type: Trial<br>Date: July 9, 2019<br>Time: 8:30 a.m. |

On May 13, 2019, this Court granted in its entirety the motion for summary judgment filed by Defendants CITY OF ORANGE, a public entity, THOMAS KISELA and CARLOS GUTIERREZ, as employees of CITY OF ORANGE against Plaintiff MONIQUE PEREZ. All of MONIQUE PEREZ' claims having been adjudicated in favor of Defendants,

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff MONIQUE PEREZ shall take nothing by way of her third amended complaint against

1411798.1

Defendants CITY OF ORANGE, a public entity, THOMAS KISELA and CARLOS GUTIERREZ, as employees of CITY OF ORANGE. Said Defendants shall recover from Plaintiff MONIQUE PEREZ their costs of suit incurred in this proceeding.

DATED: May 30, 2019

_____
HONORABLE JAMES V. SELNA
JUDGE OF THE DISTRICT COURT

1411798.1