Attorneys for Plaintiffs, ESTATE OF MICHAEL ANTHONY PEREZ, ERIKA EDITH PEREZ, Del.P., Da.P., Div.P., and D.M.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF MICHAEL ANTHONY PEREZ, and M.A.P., JESUZ RAMIREZ, MONIQUE PEREZ, ERIKA EDITH PEREZ, Del. P., Da.P., Div.P., and D.M.,<br><br>Plaintiffs,<br>v.<br><br>CITY OF ORANGE, THOMAS KISELA, CARLOS GUTIERREZ, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:18-cv-00028-JVS-KES<br><br>**ORDER RE DISMISSAL WITH PREJUDICE** |

1     Having reviewed the Stipulation of the Parties and good cause appear, IT IS HEREBY ORDERED that the above-captioned action be dismissed with prejudice in its entirety as to all defendants, each side to bear its/his/her own fees and costs.

**IT IS SO ORDERED.**

Dated: August 8, 2019

_____
Hon. James V. Selna
Judge of the United States District Court